IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARAM CORTINO,  :  <br>     Plaintiff  : <br> : <br> v.  : <br> : <br> ROBERT J. KARNES, *et al.*,  : <br>     Defendants  : | CIVIL NO. 1:11-CV-2142 |

*O R D E R*

AND NOW, this 17th day of July, 2012, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Carlson (Doc. 9), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

    1. The R&R (Doc. 9) is adopted.

    2. Defendants' motion to dismiss (Doc. 5) is GRANTED, and Plaintiff's complaint is DISMISSED.

    3. The Clerk of Court is directed to close this case.

                                                /s/ William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge