IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARAM CORTINO,  :  | |
|     Plaintiff  :  | |
| :  | |
| v.  :  | CIVIL NO. 1:11-CV-2142 |
| :  | |
| ROBERT J. KARNES, *et al.*,  :  | |
|     Defendants  :  | |

*O R D E R*

AND NOW, this 17th day of July, 2012, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Carlson (Doc. 9), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

    1. The R&R (Doc. 9) is adopted.

    2. Defendants' motion to dismiss (Doc. 5) is GRANTED, and Plaintiff's complaint is DISMISSED.

    3. The Clerk of Court is directed to close this case.

                                   /s/ William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge